

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| YOEL WEISSHAUS <br><br> _Plaintiff(s)_ <br> v. <br> HON. LEON RUCHELSMAN <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> CV 20-00717 <br> CHEN, J. <br><br> BULSARA, M.J. |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  HON. LEON RUCHELSMAN
360 Adams Street
Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro Se Plaintiff:
YOEL WEISSHAUS
235 MALFORD AVENUE, 2E
NEW MILFORD, NJ 07646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
_CLERK OF COURT_

Date: FEB 10 2020

_Signature of Clerk or Deputy Clerk_

RECEIVED
FEB 10 2020
PRO SE OFFICE

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HON. LEON RUCHELSMAN
was received by me on *(date)* 2/10/2020.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MARY GRIFFILTH, who is
designated by law to accept service of process on behalf of *(name of organization)* JUSTICE RUCHELSMAN
on *(date)* 2:47 PM 2-10-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 100 for travel and $ 0 for services, for a total of $ 100.00.

I declare under penalty of perjury that this information is true.

Date: 2/10/2020

_____
Server's signature

AHRON BERLIN
Printed name and title

1909 NEW YORK AVE
BROOKLYN NY 11210
Server's address

Additional information regarding attempted service, etc:

RECEIVED
FEB 10 2020
PRO SE OFFICE